

# NUMBER 13-14-00267-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **DONALD LEWIS LEACH,** | **Appellant,** |
| **v.** | |
| **JOHN P. MOFFIT AND MOFFCO, L.L.C.,** | **Appellees.** |

## On appeal from the 24th District Court of Jackson County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Memorandum Opinion Per Curiam

Appellant, Donald Lewis Leach, perfected an appeal from a judgment entered by the 24th District Court of Jackson County, Texas, in cause number 12-3-14205. Appellant has filed an unopposed motion to dismiss this appeal with prejudice on grounds that all matters in controversy between them in this cause have been fully compromised and settled. Appellant thus requests that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and the unopposed motion to dismiss the appeal with prejudice, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). The unopposed motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. As stated in the motion, each party will bear its own costs. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
17th day of July, 2014.